**Exhibit A to the Complaint**

**Location:** Great Neck, NY  
**Total Works Infringed:** 25

**IP Address:** 72.80.103.4  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 05-26-2021 14:14:00 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 2 | Info Hash: 678FFAAB1294D8D78902723ADD3DC3B0F9CBE5CC<br>File Hash: 95ACC231578C950B692B25F818240D6B137DF89AA37AC93DB6F525892EFC9EA7 | 05-12-2021 11:13:05 | Blacked Raw | 04-26-2021 | 06-09-2021 | PA0002295596 |
| 3 | Info Hash: 3777B1D1DEAB912371BAB2EB00A80A71AE9DF046<br>File Hash: 8416F84733F25D958C071C250C42F9CF58200F63B370350D2B9DFE463E91C4E8 | 04-22-2021 10:41:43 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 4 | Info Hash: 1CE2DBF84D40D15496186DBFD8E43977A7D93EDE<br>File Hash: 5BBD49965FD004EC746D9A122E3B012B2FCECD8243DCA91A4592927C924A5A3F | 03-24-2021 17:36:01 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 5 | Info Hash: E16BF2312FEAFFDA0DFD45F8DEC8F8D38281D1D4<br>File Hash: A0077A2CCDB176BC6A42D6A5511A8948BCA5D56EE3E1A5D3707EF868FEAAC87B | 02-11-2021 12:32:06 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 6 | Info Hash: A49EE756D34A89C41FE77B65408E50C945724CBD<br>File Hash: C0E7DBA8FAC2A125D33DF2B1F21FC81E5E61DDC85DAA378BEE9E35E3D3E27C91 | 02-08-2021 12:22:57 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 7 | Info Hash: 3D04CB0CE738558A4622603B3D95E3CC65FA5DA4<br>File Hash: 659ADF72BD7D1D3287E75B65E5A79BF5D3296FB6625F0D71AB979FDFB525BD69 | 01-29-2021 14:57:22 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 8 | Info Hash: D0BD7209B80B2C94170FF75E2F32AB015F15FCFC<br>File Hash: 05B778D357F0904051BCB263081A900CAF79C7FE5FC9403395709943A81646A9 | 01-15-2021 13:33:56 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 1165841EEA3A91B85B3D7319CF4AF9CFBD1613CD<br>File Hash: 58B4D5D8119A046B29F7BE6CB0A775C7A92BE85EAC2B369A62D0A79EDF924B91 | 12-18-2020 13:11:23 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 10 | Info Hash: 30DA489597F6D7CBEA57C6287564FA8325DBC4F8<br>File Hash: 1FC7F6CAF9BCD0764A89E8ABD1F6E4A77DC4710FA7FAE67E76670DF36E184092 | 12-16-2020 13:12:17 | Blacked Raw | 06-16-2018 | 07-14-2018 | PA0002128317 |
| 11 | Info Hash: F5BCD5E68FE022B1AC16EF0FF6758CFA5E3F1930<br>File Hash: FF52CF85F2A63C53C26ADB3CB500AF8ABB681F7D6E92B9595B085114B20248DE | 12-09-2020 13:38:37 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 12 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash: B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 11-11-2020 03:20:17 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 13 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 10-26-2020 13:33:01 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 14 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash: 363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 10-20-2020 15:56:03 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 15 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 10-19-2020 15:17:09 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 16 | Info Hash: 0FFB0F410BBEF345F0A6D0C21F7245EF83162E9C<br>File Hash: C17D3B1AA6AFF175042CC65F9474EB194D120ECC79400261B4F6E8A3AB625E1C | 10-11-2020 11:27:15 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |
| 17 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 09-29-2020 11:10:51 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: C7991C34CF6D309137088F864D05F22D41BAD7CB<br>File Hash: 76DB8FAF20926B8B618288DD313D7991EA8B156AE005E5C23930EE89AE4F8A52 | 09-19-2020 21:15:21 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 19 | Info Hash: FBAAFD828C1D19BF0677E5AF15FBB09ABF82E3E9<br>File Hash: EAEA569AB5525A45137278ECFFB0BAD1E0BC8ECCA1E7D3CFC9A9144C594C1E4C | 09-09-2020 02:50:27 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 20 | Info Hash: 0857AC88A2AD48128120CAF4BDA8D559837E170C<br>File Hash: 51126765E94F677A250CCAA10E87A60ED0D7D9BD2DE01EA6D87127DF695C9E1D | 09-09-2020 02:50:05 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |
| 21 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 09-06-2020 11:20:21 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 22 | Info Hash: A19FBD9C5C79A4A9B580431608E41CC80E3C8B96<br>File Hash: B29E4EA8C29833057854DAFB738624AB50CC2DF9643A694B9247E1DAB08D2BE6 | 08-31-2020 16:20:22 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |
| 23 | Info Hash: 44879CA5156C6B94FAB93A6D4FD160ABB8689D82<br>File Hash: 8813814E8DF5A47074C41B0A60494F957BB41B4C3FE7226DA5AE46719DE78A69 | 08-25-2020 12:12:02 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 24 | Info Hash: 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash: 6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 08-18-2020 22:40:41 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 25 | Info Hash: 6D2418991BA4777EF13C5D3B0302BCB6F3A67EAD<br>File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 08-11-2020 15:47:12 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |